**FILED**
CLERK, U.S. DISTRICT COURT

10/20/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DTA___ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

8:21-mj-00706-DUTY

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CR-35-BU-DLC |
| HERIBERTO TAVARES DEFENDANT(S). | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: INDICTMENT
in the _____ District of MONTANA on 10/07/2021
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 18 U.S.C., Section(s) 846, 841 853, 881
to wit: CONS. TO POSSESS WITH THE INTENT TO DIST. CONTROLLED SUBSTANCES

A warrant for defendant's arrest was issued by: _____

Bond of $ NO BOND was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/20/21
                  Date

*Andrew Nguyen*
Signature of Agent

ANDREW NGUYEN
Print Name of Agent

USMS
Agency

DEPUTY U.S MARSHAL
Title

CR-52 (03/20)            DECLARATION RE OUT-OF-DISTRICT WARRANT