

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Heriberto Tavares, DEFENDANT(S). | CASE NUMBER  8:21-mj-706  **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>October 21</u>, <u>2021</u>, at <u>2:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Karen E. Scott</u>, in Courtroom <u>6D</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 10/20/21

U.S. District Judge/Magistrate Judge